# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **TEMEIKA GUILLORY,** | § | |
| | § | |
| *Plaintiff,* | § | **CIVIL CASE NO. 1:21-cv-00260** |
| | § | **JURY TRIAL DEMANDED** |
| **v.** | § | |
| | § | |
| **BIG LOTS STORES, INC.,** | § | |
| | § | |
| *Defendant.* | | |

---

**DEFENDANT BIG LOT STORES, INC.'S
INFORMATION PURSUANT TO LOCAL RULE CV-81(C)**

---

(1)   **A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);**

    (a)   Temeika Guillory – *Plaintiff*

    (b)   Big Lots Stores, Inc. – *Defendant*

       The removed case is currently pending.

(2)   **A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a).**

       See attached civil cover sheet and documents attached to Defendant Big Lots Stores, Inc.'s Notice of Removal as ***Exhibit B***.

(3)     **A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;**

Jonathan C. Juhan
SBN: 11047225
jonathanjuhan@sbcglobal.net
Regina C. Bost
SBN: 24095693
regina.juhanlaw@gmail.com
Tracy L. Henderson
Tracy.juhanlaw@gmail.com
SBN: 24103115
985 I-10 North, Ste. 100
Beaumont, TX 77706
409/832-8877 - Telephone
409/924-8880 - Facsimile

*Counsel for Plaintiff*
*Temika Guillory*

Zach T. Mayer
State Bar No. 24013118
E-Mail:  zmayer@mayerllp.com
Sara Krumholz
State Bar No. 24060579
E-Mail:  skrumholz@mayerllp.com
MAYER LLP
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / Fax: 214.379.6939

*Counsel for Defendant*
*Big Lots Stores, Inc.*

(4)     **A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number); and**

Defendant Big Lots Stores, Inc., will be filing a Jury Demand.

(5)     **The name and address of the court from which the case is being removed.**

The 60th Judicial District Court of Jefferson County
Jefferson County Courthouse
1149 Pearl Street
Beaumont, TX 77701

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, TX 75201
214.379.6900 / F: 214.379.6939


By: _____
        Zach T. Mayer, Attorney-in-Charge
        State Bar No. 24013118
        zmayer@mayerllp.com
        Sara Krumholz
        State Bar No. 24060579
        E-Mail: skrumholz@mayerllp.com


ATTORNEYS FOR DEFENDANT
BIG LOTS STORES, INC.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 28, 2021, the foregoing document was electronically filed, as required by the United States District Court for the Eastern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Eastern District of Texas:

Jonathan C. Juran
SBN: 11047225
jonathanjuhan@sbcglobal.net
Regina C. Bost
SBN: 24095693
regina.juhanlaw@gmail.com
Tracy L. Henderson
Tracy.juhanlaw@gmail.com
SBN: 24103115
Attorneys for Plaintiff
985 I-10 North, Ste. 100
Beaumont, TX 77706
409/832-8877 - Telephone
409/924-8880 - Facsimile
*Attorneys for Plaintiffs*

☐ E-MAIL
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ CM/ECF
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

_/s/ *Sara Krumholz*_
Sara Krumholz